Núm. 8051.—CAGUAS COMPANY, INC., aplda. *v.* MOMBILLE, aplte. —C. D. Guayama. ▮▮▮▮▮▮▮▮ Febrero 13, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, el demandado apelante radicó la exposición del caso en noviembre 24 de 1939;

POR CUANTO, la demandante apelada radicó una moción de desestimación el 19 de enero de 1940 basada en que el demandado apelante había dejado de elevar el legajo de sentencia para completar el récord de la apelación;

POR CUANTO, el demandado apelante, por moción de 8 de febrero del año en curso solicitó de esta corte permiso para incorporar el legajo de sentencia a la exposición del caso;

POR CUANTO, por resolución de febrero 10 de 1940 se accedió a lo solicitado en dicha moción del demandado apelante de febrero 8 del corriente;

POR TANTO, no ha lugar a la moción de desestimación de la demandante apelada.

[1] Recurso de Revisión.
[2] *Mandamus.*
[3] *Certiorari.*